IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| ADESSO Homeowners' Association, as Controlled by the Owners since April 23, 2013, ADESSO Horizontal Property Regime, William Durkin and Sam Vause, Jr. individually and on behalf of all others Similarly situated and Emad Tadros, M.D. As Trustee of the Grace Living Trust as Owner of all retail units,<br><br>      Plaintiffs,<br><br>vs.<br><br>Holder Properties, Inc., ADESSO/Columbia, LLC, Drake/Adesso, LLC, Holder Adesso, LLC, JRH Adesso, LLC, JRH, LLC, John R. Holder, Individually, ADESSO Homeowners Association as Controlled by the Developers prior to April 23, 2013, Niles Bolton Associates, Inc., Browder + LeGuizamon and Associates, Inc., Hussey, Gay, Bell & DeYoung, Inc., Consulting Engineers, Jordan & Skala Engineers, Inc., Key Construction, Inc., Ace Glass Company, Inc., Advanced Door Systems, Inc., All-South Electrical Constructors, Inc., Aquarian Pools of Columbia, Inc., Artistic Enterprises Inc., Fernandez Contractors International, Inc. d/b/a Benzach, Inc., Commercial Building Services, Inc., Capitol City Custom Iron Works & Fence, LLC, Flooring Services, Inc., Gill Plumbing Company, Guardian Fence Suppliers of SC, Inc., Hester Drywall, Inc., Holland Roofing, Inc., SDI Solutions, LLC d/b/a I-Sys Corporation, Jamco Doors, JR Hobbs Co., Loveless Commercial Contracting, Inc., Reliance Interiors, Inc., Southern Fireproofing Company, Inc., Southern Vistas, Inc., SRS Concrete Finishing, Stafford Consulting Engineers, Inc., Taylor | CASE NO.: 3:16-CV-710-JFA<br><br>**CONSENT ORDER FOR SUBSTITUTION OF COUNSEL FOR DEFENDANT FLOORING SERVICES, INC.** |

| |
|---|
| Brothers Construction Company, Inc., Winston Steel LLC d/b/a Winston Steel & Stair Co., Andersen Windows, Inc., and Carlisle Construction Materials Incorporated,<br><br>      Defendants. |

**UPON MOTION** of CLAWSON and STAUBES, LLC and with the consent of counsel for Defendant Flooring Services, Inc., it is hereby,

**ORDERED** that David C. Cleveland shall be substituted as counsel of record on behalf of the Defendant, Flooring Services, Inc., in this action, and Mark Koontz of Koontz Mlynarczyk, LLC, shall be stricken as counsel of record on behalf of the Defendant, Flooring Services, Inc.

**IT IS SO ORDERED.**

*Joseph F. Anderson, Jr.* (signature)

June 13, 2016              Joseph F. Anderson, Jr.
Columbia, South Carolina         United States District Judge

**ON MOTION OF:**           **I CONSENT:**

s/ David C. Cleveland          s/ Wm. Mark Koontz

David C. Cleveland           Wm. Mark Koontz
Fed ID No.: 5062            Fed ID No: 7840
126 Seven Farms Dr., Suite 200      1058 East Montague Ave.
Charleston, SC 29492          North Charleston, SC 29405
Attorney for Flooring Services, Inc.     Attorney for Flooring Services, Inc.