IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| ADESSO Homeowners' Association, *as controlled by the Owners since April 23, 2013,* ADESSO Horizontal Property Regime, William Durkin and Sam Vause, Jr. individually and on behalf of all others similarly situated and Emad Tadros, M.D, as Trustee of the Grace Living Trust as owner of all retail units | Case No. 3:16-cv-710-JFA |
| Plaintiffs, | |
| -vs- | **STIPULATED ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANTS DRAKE/ADESSO, LLC; HOLDER ADESSO, LLC; JRH ADESSO, LLC; JRH, LLC; AND JOHN R. HOLDER, INDIVIDUALLY** |
| Holder Properties, Inc.; ADESSO/Columbia, LLC; Drake/Adesso, LLC; Holder Adesso, LLC; JRH Adesso, LLC; JRH, LLC; John R. Holder, Individually; ADESSO Homeowners Association *as controlled by the Developers prior to April 23, 2013*; Niles Bolton Associates, Inc.; Browder + LeGuizamon and Associates, Inc.; Hussey, Gay, Bell & DeYoung, Inc., Consulting Engineers; Jordan & Skala Engineers, Inc.; Key Construction, Inc.; Ace Glass Company, Inc.; Advanced Door Systems, Inc.; All-South Electrical Constructors, Inc.; Aquarian Pools of Columbia, Inc.; Artistic Enterprises, Inc.; Fernandez Contractors International, Inc. d/b/a Benzach, Inc.; Commercial Building Services, Inc.; Capitol City Custom Iron Works & Fence, LLC; Flooring Services, Inc.; Gill Plumbing Company; Guardian Fence Suppliers of SC, Inc.; Hester Drywall, Inc.; Holland Roofing, Inc.; SDI Solutions, LLC d/b/a I-Sys Corporation; Jamco Doors; JR Hobbs Co.; Loveless Commercial Contracting, Inc.; Reliance Interiors, Inc.; Southern Fireproofing Company, Inc.; Southern Vistas, Inc.; SRS Concrete Finishing; Stafford Consulting | |

|  |  |
|---|---|
| Engineers, Inc.; Taylor Brothers Construction Company, Inc.; Winston Steel LLC d/b/a Winston Steel & Stair Co.; Andersen Windows, Inc.; Carlisle Construction Materials Incorporated; Silver Line Building Products, LLC; GrayStone of Florida, Inc.; and Dryvit Systems, Inc. | ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

This matter comes before the Court upon motion of the Plaintiffs. The Plaintiffs stipulate to the dismissal of Defendants Drake/Adesso, LLC; Holder Adesso, LLC; JRH Adesso, LLC; JRH, LLC; and John R. Holder, Individually without prejudice. This stipulation of dismissal without prejudice is subject to the Tolling Agreement attached as Exhibit A and incorporated herein by reference.

It is therefore, ORDERED that the Defendants Drake/Adesso, LLC; Holder Adesso, LLC; JRH Adesso, LLC; JRH, LLC; and John R. Holder, Individually are dismissed **without prejudice** subject to the Tolling Agreement.

If Plaintiffs reinstate their claim against Defendants Drake/Adesso, LLC; Holder Adesso, LLC; JRH Adesso, LLC; JRH, LLC; and John R. Holder, Individually as allowed by the Tolling Agreement, such reinstatement of the claim may be accomplished without further order from this Court.

**IT IS SO ORDERED.**

July 11, 2016  
Columbia, South Carolina

*Joseph F. Anderson, Jr.*  
Joseph F. Anderson, Jr.  
United States District Judge

WE SO STIPULATE:

RICHARDSON PLOWDEN & ROBINSON, P.A.

By: *s/ Franklin J. Smith, Jr.*_____
    Franklin J. Smith, Jr., Fed. Bar No. 3898
    E-Mail: fsmith@richardsonplowden.com
    Jared H. Garraux, Fed. Bar No. 10113
    E-Mail: jgarraux@richardsonplowden.com
    1900 Barnwell Street
    Post Office Drawer 7788
    Columbia, SC  29201

    Attorneys for Plaintiffs


NELSON MULLINS RILEY & SCARBOROUGH LLP

By: *s/ Erik T. Norton*_____
    Howard A. VanDine, III, Fed. Bar No. 01046
    E-Mail: howard.vandine@nelsonmullins.com
    Erik T. Norton, Fed. Bar No. 09683
    E-Mail: erik.norton@nelsonmullins.com
    Tara C. Sullivan, Fed. Bar No. 11095
    E-Mail: tara.sullivan@nelsonmullins.com
    1320 Main Street / 17th Floor
    Post Office Box 11070 (29211-1070)
    Columbia, SC  29201
    (803) 799-2000

    Attorneys for Drake/Adesso, LLC; Holder Adesso, LLC; JRH Adesso, LLC; JRH, LLC; and John R. Holder, Individually

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| ADESSO Homeowners' Association, *as controlled by the Owners since April 23, 2013*,  ADESSO Horizontal Property Regime, William Durkin and Sam Vause, Jr. individually and on behalf of all others similarly situated and Emad Tadros, M.D, as Trustee of the Grace Living Trust as owner of all retail units | ) ) ) ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| -vs- | ) ) |
| Holder Properties, Inc.; ADESSO/Columbia, LLC; Drake/Adesso, LLC; Holder Adesso, LLC; JRH Adesso, LLC; JRH, LLC; John R. Holder, Individually; ADESSO Homeowners Association *as controlled by the Developers prior to April 23, 2013*; Niles Bolton Associates, Inc.; Browder + LeGuizamon and Associates, Inc.; Hussey, Gay, Bell & DeYoung, Inc., Consulting Engineers; Jordan & Skala Engineers, Inc.; Key Construction, Inc.; Ace Glass Company, Inc.; Advanced Door Systems, Inc.; All-South Electrical Constructors, Inc.; Aquarian Pools of Columbia, Inc.; Artistic Enterprises, Inc.; Fernandez Contractors International, Inc. d/b/a Benzach, Inc.; Commercial Building Services, Inc.; Capitol City Custom Iron Works & Fence, LLC; Flooring Services, Inc.; Gill Plumbing Company; Guardian Fence Suppliers of SC, Inc.; Hester Drywall, Inc.; Holland Roofing, Inc.; SDI Solutions, LLC d/b/a I-Sys Corporation; Jamco Doors; JR Hobbs Co.; Loveless Commercial Contracting, Inc.; Reliance Interiors, Inc.; Southern Fireproofing | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

Case No. 3:16-cv-710-JFA

**TOLLING AGREEMENT**

4

| | |
|---|---|
| Company, Inc.; Southern Vistas, Inc.; SRS Concrete Finishing; Stafford Consulting Engineers, Inc.; Taylor Brothers Construction Company, Inc.; Winston Steel LLC d/b/a Winston Steel & Stair Co.; Andersen Windows, Inc.; Carlisle Construction Materials Incorporated; Silver Line Building Products, LLC; GrayStone of Florida, Inc.; and Dryvit Systems, Inc. | ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

The Plaintiffs and Defendants Drake/Adesso, LLC; Holder Adesso, LLC; JRH Adesso, LLC; JRH, LLC; and John R. Holder, Individually ("Defendants") agree as follows:

1. Plaintiffs will dismiss Defendants without prejudice from the above-captioned lawsuit in return for the below stated provision.

2. Defendants agree that if the Plaintiffs refile their claim against Defendants within one (1) year after the date of filing of the Order of Dismissal without Prejudice, then the date of filing shall revert back to the original filing date. If Plaintiffs refile their claims against Defendants after one (1) year, the date of filing shall be the actual date of the refiling.

3. Nothing in this Tolling Agreement shall be construed as to abridge or diminish any rights or defense of Defendants, in the event that the Plaintiffs reinstate their claims against Defendants in this matter.

4. Nothing in this Tolling Agreement shall be construed to affect the Plaintiffs' claims against any other party to this matter.

This Agreement may be executed by counsel for any party and shall bind the party, and it may be executed in multiple counterparts.

RICHARDSON PLOWDEN & ROBINSON, P.A.

By: *s/ Franklin J. Smith, Jr.*_____
    Franklin J. Smith, Jr., Fed. Bar No. 3898
    E-Mail: fsmith@richardsonplowden.com
    Jared H. Garraux, Fed. Bar No. 10113
    E-Mail: jgarraux@richardsonplowden.com
    1900 Barnwell Street
    Post Office Drawer 7788
    Columbia, SC  29201

Attorneys for Plaintiffs


NELSON MULLINS RILEY & SCARBOROUGH LLP


By: *s/ Erik T. Norton*_____
    Howard A. VanDine, III, Fed. Bar No. 01046
    E-Mail: howard.vandine@nelsonmullins.com
    Erik T. Norton, Fed. Bar No. 09683
    E-Mail: erik.norton@nelsonmullins.com
    Tara C. Sullivan, Fed. Bar No. 11095
    E-Mail: tara.sullivan@nelsonmullins.com
    1320 Main Street / 17th Floor
    Post Office Box 11070 (29211-1070)
    Columbia, SC  29201
    (803) 799-2000

Attorneys for Drake/Adesso, LLC; Holder Adesso, LLC; JRH Adesso, LLC; JRH, LLC; and John R. Holder, Individually