# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| ADESSO Homeowners' Association, as controlled by the Owners since April 23, 2013, ADESSO Horizontal Property Regime, William Durkin and Sam Vause, Jr. individually and on behalf of all others similarly situated and Emad Tadros, M.D., as Trustee of the Grace Living Trust as owner of all retail units, )<br><br>Plaintiffs,<br><br>vs.<br><br>Holder Properties, Inc.; ADESSO/Columbia, LLC; Drake/Adesso, LLC; Holder Adesso, LLC; JRH Adesso, LLC; JRH, LLC; John R. Holder, Individually; ADESSO Homeowners Association as controlled by the Developers prior to April 23, 2013; Niles Bolton Associates, Inc.; Browder + LeGuizamon and Associates, Inc.; Hussey, Gay, Bell & DeYoung, Inc., Consulting Engineers; Jordan & Skala Engineers, Inc.; Key Construction, Inc.; Ace Glass Company, Inc.; Advanced Door Systems, Inc.; All-South Electrical Constructors, Inc.; Aquarian Pools of Columbia, Inc.; Artistic Enterprises, Inc.; Fernandez Contractors International, Inc. d/b/a Benzach, Inc.; Commercial Building Services, Inc.; Capitol City Custom Iron Works & Fence, LLC; Flooring Services, Inc.; Gill Plumbing Company; Guardian Fence Suppliers of SC, Inc.; Hester Drywall, Inc.; Holland Roofing, Inc.; SDI Solutions, LLC d/b/a I-Sys Corporation; Jamco Doors; JR Hobbs Co.; Loveless Commercial Contracting, Inc.; Reliance Interiors, Inc.; Southern Fireproofing Company, Inc.; Southern Vistas, Inc.; SRS Concrete Finishing; Stafford Consulting Engineers, Inc.; Taylor Brothers Construction Company, Inc.; Winston Steel LLC d/b/a Winston Steel & Stair Co.; Andersen Windows, Inc.; Carlisle Construction Materials Incorporated, Silver Line Building Products, | Case No. 3:16-cv-710-JFA<br><br>**CONSENT ORDER FOR SUBSTITUTION OF COUNSEL FOR SOUTHERN FIREPROOFING COMPANY, INC.** |

1

| | |
|---|---|
| LLC; GrayStone of Florida, Inc.; and Dryvit Systems, Inc., | ) ) |
| Defendants. | ) ) ) |
| Commercial Building Services, Inc., | ) ) |
| Third-Party Plaintiff, | ) ) |
| vs. | ) ) |
| Capital Group, LLC and Will Whitaker, | ) ) |
| Third-Party Defendants. | ) |

**UPON MOTION** of Robertson Hollingsworth & Flynn, LLC and with the consent of counsel for Defendant Southern Fireproofing Company, Inc., it is hereby,

**ORDERED** that Dunn D. Hollingsworth shall be substituted as counsel of record on behalf of the Defendant, Southern Fireproofing Company, Inc. in this action, and Joseph S. McCue and Andrew N. Cole of Collins & Lacy, P.C. shall be stricken as counsel of record on behalf of the Defendant, Southern Fireproofing Company, Inc.

**IT IS SO ORDERED**.

*/s/ Joseph F. Anderson, Jr.*

September 23, 2016　　　　　　　　　　　Joseph F. Anderson, Jr.
Columbia, South Carolina　　　　　　　　United States District Judge

**ON MOTION OF:**　　　　　　　　　　　**WE CONSENT:**

s/Dunn D. Hollingsworth　　　　　　　　s/Joseph S. McCue
Dunn D. Hollingsworth　　　　　　　　　Joseph S. McCue
Federal ID No.: 5918　　　　　　　　　　Federal ID No.: 6890
Robertson Hollingsworth & Flynn, LLC　　Andrew N. Cole
Wells Fargo Center　　　　　　　　　　　Federal ID No.: 8022
177 Meeting St., Suite 300　　　　　　　　Collins & Lacy, P.C.
Charleston, South Carolina 29401　　　　　Post Office Box 124878
　　　　　　　　　　　　　　　　　　　Columbia, South Carolina 29211