# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| ADESSO Homeowners' Association, as controlled by the Owners since April 23, 2013, ADESSO Horizontal Property Regime, William Durkin and Sam Vause, Jr. individually and on behalf of all others similarly situated and Emad Tadros, M.D., as Trustee of the Grace Living Trust as owner of all retail units, <br><br>          Plaintiffs, <br><br>          vs. <br><br>Holder Properties, Inc.; ADESSO/Columbia, LLC; Drake/Adesso, LLC; Holder Adesso, LLC; JRH Adesso, LLC; JRH, LLC; John R. Holder, Individually; ADESSO Homeowners Association as controlled by the Developers prior to April 23, 2013; Niles Bolton Associates, Inc.; Browder + LeGuizamon and Associates, Inc.; Hussey, Gay, Bell & DeYoung, Inc., Consulting Engineers; Jordan & Skala Engineers, Inc.; Key Construction, Inc.; Ace Glass Company, Inc.; Advanced Door Systems, Inc.; All-South Electrical Constructors, Inc.; Aquarian Pools of Columbia, Inc.; Artistic Enterprises, Inc.; Fernandez Contractors International, Inc. d/b/a Benzach, Inc.; Commercial Building Services, Inc.; Capitol City Custom Iron Works & Fence, LLC; Flooring Services, Inc.; Gill Plumbing Company; Guardian Fence Suppliers of SC, Inc.; Hester Drywall, Inc.; Holland Roofing, Inc.; SDI Solutions, LLC d/b/a I-Sys Corporation; Jamco Doors; JR Hobbs Co.; Loveless Commercial Contracting, Inc.; Reliance Interiors, Inc.; Southern Fireproofing Company, Inc.; Southern Vistas, Inc.; SRS Concrete Finishing; Stafford Consulting Engineers, Inc.; Taylor Brothers Construction Company, Inc.; Winston Steel LLC d/b/a Winston Steel & Stair Co.; Andersen Windows, Inc.; Carlisle Construction Materials Incorporated, Silver Line Building Products, | **Case No. 3:16-cv-710-JFA** <br><br> **ORDER GRANTING DEFENDANT KEY CONSTRUCTION, INC'S MOTION TO QUASH NOTICE OF TAKING DEPOSITION OF KEY CONSTRUCTION, INC.** |

1

| | |
|---|---|
| LLC; GrayStone of Florida, Inc.; and Dryvit Systems, Inc., | ) ) |
| | ) |
| Defendants. | ) |
| | ) |
| Commercial Building Services, Inc., | ) |
| | ) |
| Third-Party Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| Capital Group, LLC and Will Whitaker, | ) |
| | ) |
| Third-Party Defendants. | ) |

This matter came before the Court on Defendant Key Construction's Motion to Quash Notice of Taking Deposition of Key Construction, Inc. (ECF No. 365). Defendant Commercial Building Services, Inc. noticed the deposition of the Rule 30(b)(6) designee of Key Construction, Inc. to occur on November 7, 2016. Defendant Key Construction seeks an order that the noticed deposition not go forward until such time as the parties reach an impasse on an attempt to provide the information sought in the deposition notice by other and less costly means.

Upon consideration of this matter and for cause shown, the Motion to Quash the Notice of Taking of Deposition of Key Construction, Inc. pursuant to Rule 26(c) of the Federal Rules of Civil Procedure is hereby GRANTED and the within deposition shall not go forward until such time as the parties reach an impasse on an attempt to provide the information sought in the deposition notice by other and less costly means.

**IT IS SO ORDERED**.

November 7, 2016
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge

2